IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DE MARIO BLAKE GRIFFIN**                                                               **PETITIONER**
*Reg. # 19675-045*

CASE NO. 2:23-CV-00180-BSM

**CHAD GARRETT, Warden,**
**FCI Forrest City**                                                                             **RESPONDENT**

### ORDER

After de novo review of the record, including De Mario Griffin's objections [Doc. No. 13], United States Magistrate Patricia S. Harris's recommended disposition [Doc. No. 10] is adopted with one correction: Griffin's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice to allow him to pursue § 2255 relief by seeking authorization from the Eighth Circuit Court of Appeals (not the Eleventh Circuit) to file a second or successive petition with the trial court.

IT IS SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE