IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DE MARIO BLAKE GRIFFIN**                                              PETITIONER
*Reg. # 19675-045*

CASE NO. 2:23-CV-00180-BSM

**CHAD GARRETT, Warden,**
**FCI Forrest City**                                                    RESPONDENT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 11th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE